THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT EDWARD JELICH, Appellant.— Judgment of the Supreme Court, Suffolk County, rendered June 13, 1972, affirmed. No opinion. Defendant's notice of appeal and the order of this court dated August 28, 1972 (the order dispensed with printing and assigned counsel) are deemed amended to state that the judgment was rendered by the Supreme Court, Suffolk County, and not the County Court, Suffolk County. Rabin, P. J., Hopkins, Martuscello, Shapiro and Christ, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALI OMRE, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered May 11, 1972, convicting him of criminal possession of stolen property in the second degree, upon a jury verdict, and sentencing him to a conditional discharge. Judgment reversed, on the law and the facts, and indictment dismissed, on the law. In our opinion, the People failed to establish guilty knowledge on the part of defendant. Rabin, P. J., Hopkins, Munder, Martuscello and Shapiro, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERIC R. (Anonymous), Appellant.— Appeal by defendant, as limited by his brief, from a sentence of the County Court, Westchester County, rendered February 27, 1973, which imposed upon him a one-year term in the Westchester County Penitentiary, upon an adjudication that he was a youthful offender, on a plea of guilty, but stayed execution of the sentence until June 26, 1973. Sentence reversed, as a matter of discretion in the interest of justice; defendant is sentenced to five years' probation (Penal Law, § 65.00, subd. 3, par. [a]); and case remanded to the County Court, Westchester County, to fix the conditions of probation. In our opinion, the sentence was excessive to the extent indicated herein. Hopkins, Acting P. J., Martuscello, Shapiro, Christ and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LENWOOD LUCK, Appellant, v. SUPERINTENDENT OF OSSINING CORRECTIONAL FACILITY, Respondent.— In a habeas corpus proceeding, relator appeals from (1) a judgment of the Supreme Court, Westchester County, entered March 28, 1972, which denied his application for a writ, and (2) an order of the same court, entered April 26, 1972, which denied his motion for reargument. Appeals dismissed as academic, without costs. Relator has served his sentence and is no longer incarcerated. Hopkins, Acting P. J., Latham, Gulotta, Christ and Brennan, JJ., concur.